# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2025-1777

———————————————————

Russell Hanson,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————————

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

May 12, 2026

Per Curiam.

    Affirmed.

Roberts, Ray, and Treadwell, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Amanda Afeazue Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.